IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blake Conyers, Lamar Ewing, and Kevin Flint, individually and for a class,<br><br>   *Plaintiffs*,<br><br>   -vs-<br><br>City of Chicago,<br><br>   *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 12-cv-6144<br>)<br>)<br>) *(Judge Tharp)*<br>)<br>) |

**PLAINTIFFS' MOTION TO RECONSIDER**

In light of the intervening decision of the Supreme Court in *Knick v. Township of Scott*, 139 S. Ct. 2162 (2019), plaintiffs request that the Court reconsider that portion of its order of February 10, 2016 (ECF No. 95 at 5-11) dismissing without prejudice plaintiffs' Fifth Amendment takings claim.

Grounds for this motion are as follows:

1. Rule 54(b) of the Federal Rules of Civil Procedure vests the Court with jurisdiction to reconsider an interlocutory order.

2. The Court relied on *Williamson County Regional Planning Comm'n v. Hamilton Bank of Johnson City*, 473 U.S. 172 (1985) in its order of February 10, 2016 when it dismissed plaintiffs' Fifth Amendment takings claim. (ECF No. 95 at 5-11.)

3. The Supreme Court overruled *Williamson* in *Knick v. Township of Scott*, 139 S. Ct. 2162 (2019), holding that "[a] property owner has an actionable Fifth Amendment takings claim when the government takes his property without paying for it." *Knick*, 129 S.Ct. at 2167.

4. *Knick* is a "significant change in the law," *United States v. Ligas*, 549 F.3d 497, 501 (7th Cir. 2008), that warrants reconsideration.

It is therefore respectfully requested that the Court reconsider its order of February 10, 2016 (ECF No. 95), deny defendant's motion to dismiss plaintiffs' Fifth Amendment claim, and schedule such further proceedings as may be appropriate.

Respectfully submitted,

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
JOEL A. FLAXMAN
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*Attorneys for the Plaintiff Class*