**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BLAKE CONYERS, LAMAR EWING,<br>and KEVIN FLINT, individually and for<br>a class, | ) ) ) ) | |
| Plaintiffs, | ) | No. 12-CV-06144 |
| v. | ) ) | Judge John J. Tharp, Jr. |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) ) | |

**JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr. on the defendant's motion for summary judgment, the plaintiff's motion for partial summary judgment, the City's motion to dismiss the Fourth Amended Complaint, and the plaintiff's motion for reconsideration as to the ruling on that motion, it is hereby ORDERED:

Judgment is entered in favor of defendant City of Chicago and against plaintiffs Blake Conyers, Lamar Ewing, and Kevin Flint, individually and against all members (save one, identified below) of the following Class:

> All persons who, following an arrest, had property inventoried as "available for return to Owner" by the Chicago Police Department from December 1, 2011 to December 31, 2013, who were then held in custody for more than 30 days and whose property was destroyed or sold by the Chicago Police Department.

One class member, Noe Montes, elected to opt out of the present litigation and is therefore not subject to this Judgment. The defendant shall recover costs from the plaintiffs.

_____
John J. Tharp, Jr.
United States District Judge

Date: May 20, 2020